UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JACOB BERNARD RUSSELL SORENSON and BERNARD SORENSON,

              Plaintiffs,

   v.

FORD MOTOR COMPANY, and DOES 1-10, inclusive,

              Defendants.

Case No. 2:17-CV-01987-JAM-AC

**RELATED CASE ORDER**
**Related to Nos.:**
2:17-CV-02078 JAM-AC
1:17-CV-01317 JAM-AC
2:17-CV-02006 JAM-AC
2:17-CV-02051 JAM-AC
2:17-CV-02053 JAM-AC
2:17-CV-02079 JAM-AC
2:17-CV-02092 JAM-AC
2:17-CV-02140 JAM-AC
2:17-CV-02145 JAM-AC
2:17-CV-02147 JAM-AC
2:17-CV-02148 JAM-AC
2:17-CV-02151 JAM-AC
2:17-CV-02153 JAM-AC
2:17-CV-02158 JAM-AC

WILLIAM HAWES,

              Plaintiff,

   v.

FORD MOTOR COMPANY, et al.,

              Defendants.

Case No. 2:18-CV-00674 TLN-DB

1

| RICHARD TIBBEN, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:18-CV-00675 MCE-DB |
| v. | ) | |
| FORD MOTOR COMPANY, et al., | ) | |
| Defendants. | ) | |

| NOLA JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 2:18-CV-00676 TLN-EFB |
| FORD MOTOR COMPANY, et al., | ) | |
| Defendants. | ) | |

| HUNTER WRIGHT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 2:18-CV-00703 KJM-DB |
| v. | ) | |
| FORD MOTOR COMPANY, et al., | ) | |
| Defendants. | ) | |

| JOSE RAMIREZ, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 2:18-CV-00707 MCE-AC |
| v. | ) | |
| FORD MOTOR COMPANY, et al., | ) | |
| Defendants. | ) | |

| KIMBERLEE BARONI, | ) | Case No. 2:18-CV-00733 JAM-AC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| FORD MOTOR COMPANY, and DOES 1-10, inclusive, | ) | |
| Defendants. | ) | |

| JEFFREY CALHOUN, | ) | Case No. 2:18-CV-00734 KJM-GGH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| FORD MOTOR COMPANY, and DOES 1-10, inclusive, | ) | |
| Defendants. | ) | |

| | |
|---|---|
| DEVIN COE,<br><br>                    Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | ) Case No. 2:18-CV-00736 KJM-DB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CHARLES DIETZ,<br><br>                    Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | ) Case No. 2:18-CV-00737 MCE-DB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RANDILEE FRYMIRE,<br><br>                    Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | ) Case No. 2:18-CV-00738 JAM-AC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAMUEL GUMMO,<br><br>                    Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | ) Case No. 2:18-CV-00744 TLN-DB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JESSICA HORNING,<br><br>                    Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | ) Case No. 2:18-CV-00752 KJM-EFB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DALE THOMPSON,<br><br>                    Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | ) Case No. 2:18-CV-00753 WBS-EFB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| GLADYS MEDEIROS,<br><br>                    Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00756 JAM-GGH |
| JOYSELLE GRIGAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00758 MCE-KJN |
| JOE MARTINEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00759 JAM-DB |
| CLAYTON GOLDEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00771 TLN-KJN |
| JEREMY GROVER and GLENDA GROVER,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00772 MCE-EFB |
| STEVEN SILVA and CAROL ROBERTS SILVA,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00776 MCE-AC |

TAMARA HASLAM and PATRICIA JAYROE,  ) Case No. 2:18-CV-00778 KJM-DB
                                     )
                    Plaintiffs,      )
                                     )
     v.                              )
                                     )
FORD MOTOR COMPANY, et al.,          )
                                     )
                    Defendants.      )
KEVIN COOPER,                        ) Case No. 2:18-CV-00779 WBS-AC
                                     )
                    Plaintiff,       )
                                     )
     v.                              )
                                     )
FORD MOTOR COMPANY, et al.,          )
                                     )
                    Defendants.      )
SALVADOR DOMINGUEZ,                  ) Case No. 2:18-CV-00780 MCE-AC
                                     )
                    Plaintiff,       )
                                     )
     v.                              )
                                     )
FORD MOTOR COMPANY, et al.,          )
                                     )
                    Defendants.      )
LINDA FRAZHO and JESSICA BELO,       ) Case No. 2:18-CV-00781 TLN-DB
                                     )
                    Plaintiffs,      )
                                     )
     v.                              )
                                     )
FORD MOTOR COMPANY, et al.,          )
                                     )
                    Defendants.      )
BENJAMIN MELIUS,                     ) Case No. 2:18-CV-00782 JAM-GGH
                                     )
                    Plaintiff,       )
                                     )
     v.                              )
                                     )
FORD MOTOR COMPANY, et al.,          )
                                     )
                    Defendants.      )
DOUGLAS HUMPHREYS and DELICIA        ) Case No. 2:18-CV-00783 KJM-DB
HUMPHREYS,                           )
                                     )
                    Plaintiffs,      )
                                     )
     v.                              )
                                     )
FORD MOTOR COMPANY, et al.,          )
                                     )
                    Defendants.      )

DENNIS GORDON and WANDA CHALKER,  ) Case No. 2:18-CV-00784 MCE-CMK
                                 )
                    Plaintiffs,  )
                                 )
    v.                           )
                                 )
FORD MOTOR COMPANY, et al.,      )
                                 )
                    Defendants.  )
SEAN SHEPARD,                    ) Case No. 2:18-CV-00785 JAM-EFB
                                 )
                    Plaintiff,   )
                                 )
    v.                           )
                                 )
FORD MOTOR COMPANY, et al.,      )
                                 )
                    Defendants.  )
JEREMY SPECIALS,                 ) Case No. 2:18-CV-00786 TLN-EFB
                                 )
                    Plaintiff,   )
                                 )
    v.                           )
                                 )
FORD MOTOR COMPANY, et al.,      )
                                 )
                    Defendants.  )
EDGARD ZARAGOZA,                 ) Case No. 2:18-CV-00790 WBS-CMK
                                 )
                    Plaintiff,   )
                                 )
    v.                           )
                                 )
FORD MOTOR COMPANY, et al.,      )
                                 )
                    Defendants.  )
LANITRA ODELL,                   ) Case No. 2:18-CV-00791 TLN-KJN
                                 )
                    Plaintiff,   )
                                 )
    v.                           )
                                 )
FORD MOTOR COMPANY, et al.,      )
                                 )
                    Defendants.  )
JOHN ORTIZ,                      ) Case No. 2:18-CV-00792 JAM-GGH
                                 )
                    Plaintiff,   )
                                 )
    v.                           )
                                 )
FORD MOTOR COMPANY, et al.,      )
                                 )
                    Defendants.  )
                                 )

| | |
|---|---|
| MICHELLE GLASS and CHRISTOPHER GLASS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00793 TLN-AC |
| GREGORY SCOTT ROSE,<br><br>                    Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00797 KJM-KJN |
| WILLIAM ASKINS and MARGURITE DUNN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00802 TLN-CMK |
| JOHNATHAN GONZALEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00803 JAM-DB |
| JAMES CRAVEN and ASHLEY CRAVEN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00804 WBS-AC |
| ELLEN EGGERS and PAUL EGGERS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:18-CV-00805 TLN-DB |

| | |
|---|---|
| DAVID ABBOTT and DORIS ABBOTT,<br><br>                Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                Defendants. | ) Case No. 2:18-CV-00807 MCE-EFB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BRUCE BOULANGER,<br><br>                Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                Defendants. | ) Case No. 2:18-CV-00810 MCE-DB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JOSHUA VAN ETTEN,<br><br>                Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                Defendants. | ) Case No. 2:18-CV-00813 MCE-KJN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ADELA SANCHEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                Defendants. | ) Case No. 2:18-CV-00815 KJN-EFB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JENNIFER GRIMES and EUMELIO GARCIA,<br><br>                Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                Defendants. | ) Case No. 2:18-CV-00817 JAM-KJN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| THOMAS HERRERA,<br><br>                Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>                Defendants. | ) Case No. 2:18-CV-00818 WBS-EFB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| WILLIAM ASKINS and MARGURITE DUNN, | ) Case No. 2:18-CV-00819 MCE-CMK |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FORD MOTOR COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
| KELLEY KEATING, | ) Case No. 2:18-CV-00821 TLN-AC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FORD MOTOR COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
| NICHOLE HALL and GEORGE SCHILLING, | ) Case No. 2:18-CV-00824 JAM-KJN |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FORD MOTOR COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
| NANCY MEJIA, | ) Case No. 2:18-CV-00828 TLN-AC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FORD MOTOR COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
| MIGUEL RIOS, | ) Case No. 2:18-CV-00829 JAM-EFB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FORD MOTOR COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
| GUILLERMO PACHECO, | ) Case No. 2:18-CV-00830 JAM-EFB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FORD MOTOR COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| SHANNIN HEATER, | ) Case No. 2:18-CV-00833 KJM-KJN |
| Plaintiff, | ) |
| v. | ) |
| FORD MOTOR COMPANY, et al., | ) |
| Defendants. | ) |
| DOMINIC MARTINEZ, | ) Case No. 2:18-CV-00837 MCE-GGH |
| Plaintiff, | ) |
| v. | ) |
| FORD MOTOR COMPANY, et al., | ) |
| Defendants. | ) |
| MICHELLE MONTANO, | ) Case No. 2:18-CV-00843 JAM-AC |
| Plaintiff, | ) |
| v. | ) |
| FORD MOTOR COMPANY, et al., | ) |
| Defendants. | ) |
| GREGORY PAEZ, | ) Case No. 2:18-CV-00844 TLN-DB |
| Plaintiff, | ) |
| v. | ) |
| FORD MOTOR COMPANY, et al., | ) |
| Defendants. | ) |
| CAROL MILLER, | ) Case No. 2:18-CV-00845 MCE-DB |
| Plaintiff, | ) |
| v. | ) |
| FORD MOTOR COMPANY, et al., | ) |
| Defendants. | ) |
| JOHN HATER, | ) Case No. 2:18-CV-00846 WBS-EFB |
| Plaintiff, | ) |
| v. | ) |
| FORD MOTOR COMPANY, et al., | ) |
| Defendants. | ) |

10

| | | |
|---|---|---|
| CLAUDIA LOPEZ, | ) | Case No. 2:18-CV-00848 KJM-AC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| OSCAR GARCIA, | ) | Case No. 2:18-CV-00850 KJM-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| DONALD BACHMAN, | ) | Case No. 2:18-CV-00851 KJM-DB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CHRISTINE BERGER, | ) | Case No. 2:18-CV-00852 MCE-DB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| RUBEN CANONIZADO, | ) | Case No. 2:18-CV-00857 JAM-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the

parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:18-CV-00674 TLN-DB, 2:18-CV-00675 MCE-DB, 2:18-CV-00676 TLN-EFB, 2:18-CV-00703 KJM-DB, 2:18-CV-00707 MCE-AC, 2:18-CV-00733 JAM-AC, 2:18-CV-00734 KJM-GGH, 2:18-CV-00736 KJM-DB, 2:18-CV-00737 MCE-DB, 2:18-CV-00738 JAM-AC, 2:18-CV-00744 TLN-DB, 2:18-CV-00752 KJM-EFB, 2:18-CV-00753 WBS-EFB, 2:18-CV-00756 JAM-GGH, 2:18-CV-00758 MCE-KJN, 2:18-CV-00759 JAM-DB, 2:18-CV-00771 TLN-KJN, 2:18-CV-00772 MCE-EFB, 2:18-CV-00776 MCE-AC, 2:18-CV-00778 KJM-DB, 2:18-CV-00779 WBS-AC, 2:18-CV-00780 MCE-AC, 2:18-CV-00781 TLN-DB, 2:18-CV-00782 JAM-GGH, 2:18-CV-00783 KJM-DB, 2:18-CV-00784 MCE-CMK, 2:18-CV-00785 JAM-EFB, 2:18-CV-00786 TLN-EFB, 2:18-CV-00790 WBS-CMK, 2:18-CV-00791 TLN-KJN, 2:18-CV-00792 JAM-GGH, 2:18-CV-00793 TLN-AC, 2:18-CV-00797 KJM-KJN, 2:18-CV-00802 TLN-CMK, 2:18-CV-00803 JAM-DB, 2:18-CV-00804 WBS-AC, 2:18-CV-00805 TLN-DB, 2:18-CV-00807 MCE-EFB, 2:18-CV-00810 MCE-DB, 2:18-CV-00813 MCE-KJN, 2:18-CV-00815 KJN-EFB, 2:18-CV-00817 JAM-KJN, 2:18-CV-00818 WBS-EFB, 2:18-CV-00819 MCE-CMK, 2:18-CV-00821 TLN-AC, 2:18-CV-00824 JAM-KJN, 2:18-CV-00828 TLN-AC, 2:18-CV-00829 JAM-EFB, 2:18-CV-00830 JAM-EFB, 2:18-CV-00833 KJM-KJN, 2:18-CV-00837 MCE-GGH, 2:18-CV-00843 JAM-AC, 2:18-CV-00844 TLN-DB, 2:18-CV-00845 MCE-DB, 2:18-CV-00846 WBS-EFB, 2:18-CV-00848 KJM-AC, 2:18-CV-00850 KJM-KJN, 2:18-CV-00851 KJM-DB, 2:18-CV-00852

12

MCE-DB, and 2:18-CV-00857 JAM-KJN be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:18-CV-00674 JAM-AC, 2:18-CV-00675 JAM-AC, 2:18-CV-00676 JAM-AC, 2:18-CV-00703 JAM-AC, 2:18-CV-00707 JAM-AC, 2:18-CV-00733 JAM-AC, 2:18-CV-00734 JAM-AC, 2:18-CV-00736 JAM-AC, 2:18-CV-00737 JAM-AC, 2:18-CV-00738 JAM-AC, 2:18-CV-00744 JAM-AC, 2:18-CV-00752 JAM-AC, 2:18-CV-00753 JAM-AC, 2:18-CV-00756 JAM-AC, 2:18-CV-00758 JAM-AC, 2:18-CV-00759 JAM-AC, 2:18-CV-00771 JAM-AC, 2:18-CV-00772 JAM-AC, 2:18-CV-00776 JAM-AC, 2:18-CV-00778 JAM-AC, 2:18-CV-00779 JAM-AC, 2:18-CV-00780 JAM-AC, 2:18-CV-00781 JAM-AC, 2:18-CV-00782 JAM-AC, 2:18-CV-00783 JAM-AC, 2:18-CV-00784 JAM-AC, 2:18-CV-00785 JAM-AC, 2:18-CV-00786 JAM-AC, 2:18-CV-00790 JAM-AC, 2:18-CV-00791 JAM-AC, 2:18-CV-00792 JAM-AC, 2:18-CV-00793 JAM-AC, 2:18-CV-00797 JAM-AC, 2:18-CV-00802 JAM-AC, 2:18-CV-00803 JAM-AC, 2:18-CV-00804 JAM-AC, 2:18-CV-00805 JAM-AC, 2:18-CV-00807 JAM-AC, 2:18-CV-00810 JAM-AC, 2:18-CV-00813 JAM-AC, 2:18-CV-00815 JAM-AC, 2:18-CV-00817 JAM-AC, 2:18-CV-00818 JAM-AC, 2:18-CV-00819 JAM-AC, 2:18-CV-00821 JAM-AC, 2:18-CV-00824 JAM-AC, 2:18-CV-00828 JAM-AC, 2:18-CV-00829 JAM-AC, 2:18-CV-00830 JAM-AC, 2:18-CV-00833 JAM-AC, 2:18-CV-00837 JAM-AC, 2:18-CV-00843 JAM-AC, 2:18-CV-00844 JAM-AC, 2:18-CV-00845 JAM-AC, 2:18-CV-00846 JAM-AC, 2:18-CV-00848 JAM-AC, 2:18-CV-00850 JAM-AC, 2:18-CV-00851 JAM-AC, 2:18-CV-00852 JAM-AC, and 2:18-CV-00857 JAM-AC.

///

///

///

13

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  April 23, 2018          /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                United States District Court Judge